**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00241-CR**
**NO. 09-19-00242-CR**
**NO. 09-19-00243-CR**

_____

**McKINZIE BOWIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 18-05-06356-CR; 18-05-06357-CR; 18-05-06358-CR**

**MEMORANDUM OPINION**

A grand jury indicted McKinzie Bowie for the first-degree felony offense of aggravated robbery and the state jail felony offenses of unauthorized use of a motor vehicle and fraudulent possession of identifying information. *See* Tex. Penal Code Ann. §§ 29.03(a)(2), 31.07, 32.51. Pursuant to an open plea agreement, Bowie pled guilty to the three offenses. The trial court sentenced him to forty years of

1

confinement for the aggravated robbery and one year of confinement for each of the other offenses, to run concurrently. *See id.* §§ 12.32(a), 12.35(a). The trial court certified Bowie's right to appeal in each cause, and he timely appealed.

Bowie's appellate counsel presented a professional evaluation of the records in all three causes and concluded there were no meritorious issues for appeal. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). Bowie did not file a *pro se* brief. We have independently reviewed the records in their entirety. Based on our review of the records, we conclude no arguable issues exist to support an appeal in these causes, and there is no reversible error. Therefore, we find it unnecessary to appoint new counsel to re-brief the appeals. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

AFFIRMED.

_____
CHARLES KREGER
Justice

Submitted on March 25, 2020
Opinion Delivered April 15, 2020
Do Not Publish

Before Kreger, Horton and Johnson, JJ.

2